IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SAM MATRANGA,

      Plaintiff,                       No. CIV S-11-1604 MCE DAD PS

     v.

INTERNAL REVENUE SERVICE,      ORDER GRANTING REQUEST TO PROCEED IN FORMA PAUPERIS, DIRECTING CLERK TO SEND MATERIALS FOR SERVICE, AND REQUIRING SERVICE BY UNITED STATES MARSHAL

      Defendant.

_____/

        Plaintiff is proceeding pro se with a claim concerning a tax refund. The case was referred to the undersigned pursuant to Local Rule 302(c)(21).

        Plaintiff has requested leave to proceed in forma pauperis under 28 U.S.C. § 1915. The undersigned finds that plaintiff's in forma pauperis application makes the showing required by the statute. Accordingly, plaintiff's request to proceed in forma pauperis will be granted.

        IT IS HEREBY ORDERED that:

        1. Plaintiff's application to proceed in forma pauperis (Doc. No. 2) is granted.

        2. The Clerk of the Court is directed to issue process and to send plaintiff an instruction sheet for service of process by the United States Marshal, one USM-285 form, one summons form, and an endorsed copy of plaintiff's complaint filed June 14, 2011 (Doc. No. 1).

/////

1

1          3.  Within thirty (30) days after this order is served, plaintiff shall submit to the United States Marshal a properly completed USM-285 form, a properly completed summons form, and the number of copies of the endorsed complaint and of this order required by the United States Marshal; the required documents shall be submitted directly to the United States Marshal either by personal delivery or by mail to:  United States Marshals Service, 501 I Street, Suite 5600, Sacramento, CA 95814 (tel. 916-930-2030).

          4.  Within ten (10) days after submitting the required materials to the United States Marshals Service, plaintiff shall file with this court a declaration stating the date on which he submitted the required documents to the United States Marshal.  Failure to file the declaration in a timely manner may result in an order imposing appropriate sanctions.

          5.  Within thirty (30) days after receiving the necessary materials from plaintiff, the United States Marshal is directed to serve process on defendant without prepayment of costs.

          6.  The Clerk of the Court is directed to serve a copy of this order on the United States Marshal.

DATED: July 5, 2011.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1\orders.pro se\matranga1604.ifp.serve